**UNITED STATES DISTRICT COURT**         **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 4:14-CR-74 |
| | § | |
| STEPHANIE KING (2) | § | |

# ORDER ADOPTING REPORT AND RECOMMENATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The court has received the report of the United States Magistrate Judge pursuant to its order. The parties having filed no objections to the magistrate judge's findings, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of seven (7) months with a ten (10) months term of supervised release to follow. The Court further recommends that Defendant's term of imprisonment be carried out in a facility close to Plano, Texas, if appropriate.

**IT IS SO ORDERED.**

SIGNED at Plano, Texas, this 22nd day of August, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE